IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 11-1628 |
| v. | : | |
| | : | |
| THE BANK OF NEW YORK MELLON | : | |
| CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |



FILED

JUN 3 2011

MICH... ... . ..., Clerk

## ORDER

**AND NOW**, this 3rd day of June 2011, upon the filing of Plaintiff's Second Amended

Complaint (Doc. No. 32), it is **ORDERED** that Defendants' Motion to Dismiss Plaintiffs' First

Amended Complaint (Doc. No. 29) is DENIED without prejudice as MOOT.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.