**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, MELLON BANK N.A., THE BANK OF NEW YORK MELLON,<br><br>          Defendants. | **CIVIL ACTION NO. 11-cv-01628 (JHS)** |

**DECLARATION OF JOSEPH H. MELTZER IN SUPPORT OF PLAINTIFF SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

Pursuant to 28 U.S.C. § 1746, Joseph H. Meltzer declares as follows:

1. I am a member of the bar of the Commonwealth of Pennsylvania and counsel for Plaintiff, Southeastern Pennsylvania Transportation Authority ("SEPTA").

2. I respectfully submit this Declaration in support of SEPTA's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint. I declare under penalty of perjury that the foregoing is true and correct.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Pension Reserves Investment Management Board for the Commonwealth of Massachusetts ("Mass PRIM") Examination of Foreign Exchange Currency Transactions Handled by BNY Mellon between 2007 and 2011, dated June 13, 2011;

Exhibit B: Minute Order issued in *State of California Ex Rel Associates Against FX Insider Trading v. State Street Corp.,* No. 34-2008-00008457-CU-MC-GDS (Cal. Super. Ct. Mar. 30, 2010);

Exhibit C: Complaint in Intervention filed in *Commonwealth of Virginia, et al. ex rel. FX Analytics v. The Bank of New York Mellon Corporation,* No. CL-2009-15377 (Va. Cir. Ct. filed Aug. 11, 2011);

Exhibit D: Selected pages from a Third Quarter 2009 presentation by BNY Mellon Asset Servicing (available at http://www.google.com/url?sa=t&source=web&cd=1&ved=0CB8QFjAA&url=http%3A%2F%2Fwww.bnymellon.com%2Fforesight%2Fpdf%2Froadmap.pdf&rct=j&q=quantitative%20proof%20that%20an%20agent%20or%20trader%20obtained%20the%20best%20possiable%20price%20on%20the%20market&ei=bt5KTvzEE6P50gGJpvjqBw&usg=AFQjCNHrtgRFPmNObXlufMZ_UFFQkqE_VQ, last accessed Aug. 16, 2011); and

Exhibit E: May 20, 2011 screenshot from BNY Mellon's FX Website (callouts are added).

I declare under I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2011

                                              */s/Joseph H. Meltzer*
                                              Joseph H. Meltzer